Case 1:17-cr-00054-GBL Document 1 Filed 02/13/17 Page 1 of 1 PageID# 1

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:17-MJ-66 |
| CARL SARA, | ) | |
| a/k/a CARL MARTIN SARA | ) | |
| | ) | |
| *Defendant(s)* | | |

FEB 13 2017

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2013-August 2013__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Criminal Activity. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Reviewed by AUSA:
James Burke

*Complainant's signature*
Special Agent Peter Kaupp, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date: __02/13/2017__

*Judge's signature*
The Honorable Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

City and state: __Alexandria, Virginia__