IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:17-mj-00066-TCB-AJT-1 |
| CARL SARA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On March 14, 2017, the Court held a hearing on Defendant's motion to revoke detention order [Doc. No. 14] (the "Motion"). Upon consideration of the Motion, the memoranda of law in support thereof and in opposition thereto, the arguments of counsel, and for the reasons stated in open court during the March 14, 2017 hearing, it is hereby

ORDERED that Defendant's Motion be, and the same hereby is, is DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 14, 2017